UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| THEOCEANAIRE TEXAS | ) | |
| RESTAURANT CO., L.P., | ) | 09-34262-BJH-11 |
| | ) | |
| Debtor. | ) | |
| -------------------------------------------------- | ) | |
| JLL CONSULTANTS, INC., Trustee of | ) | |
| the Oceanaire Creditors Trust, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff/Appellant, | ) | |
| | ) | 3:11-CV-0520-G |
| VS. | ) | |
| | ) | |
| ERIC KOGAN, ET AL., | ) | |
| | ) | |
| Defendants/Appellees. | ) | |

## ORDER

The parties having advised the court that this case has been settled, it is

**ORDERED** that the final judgment or order of dismissal be presented for entry by

**April 12, 2013**.  If it is not, then the case will be subject to dismissal.

    **SO ORDERED**.

February 11, 2013.

                                    */s/ A. Joe Fish*
                                    **A. JOE FISH**
                                    **Senior United States District Judge**